IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **William Gilyard** | **)** | Chapter 13 |
| | **)** | |
| | **)** | |
| Debtor | **)** | |
| | **)** | Bankruptcy No.: **18-13199\elf** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **December 18, 2018**                    Respectfully Submitted,

                            **\s\ Michael D. Sayles**
                            Michael D. Sayles
                            Attorney for Debtor
                            427 W. Cheltenham Avenue, Suite #2
                            Elkins Park, PA  19027
                            215-635-2270 (phone)
                            215-424-1263 (fax)
                            midusa1@comcast.net