# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-13199(ELF) |
| WILLIAM GILYARD | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | MARCH 10, 2020 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on February 10, 2020, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  February 10, 2020       By:   /s/ Regina Cohen
Regina Cohen, Esquire
Attorneys for Ally Financial Inc.

## SERVICE LIST

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Suite #2
Elkins Park, PA 19027
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

William Gilyard
7500 Elmwood Avenue
Philadelphia, PA 19153