**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                            Chapter 13
WILLIAM GILYARD

            Debtor                Bankruptcy No. 18-13199-ELF

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 29, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Debtor:
WILLIAM GILYARD

7500 ELMWOOD AVENUE

PHILADELPHIA, PA 19153