United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-13199-elf
William Gilyard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 29, 2021      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Gilyard, 7500 Elmwood Avenue, Philadelphia, PA 19153-1313 |
| 14615516 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14113872 | + | Cardiology Consultants PH, 1703 South Broad Street, Suite 300, Philadelphia, PA 19148-1536 |
| 14106388 | + | City of Philadelphia, Department of Finance, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14113879 | | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14113880 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14113881 | + | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14106397 | + | Parkview Court Apartments, 1603 Patricia Drive, Lansdowne, PA 19050-4045 |
| 14176116 | + | Regina Cohen, Esquire, LAVIN, ONEIL, CEDRONE & DiSIPIO, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14106401 | | Visa, PO Box 4521, Carol Stream, IL 60197-4521 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2021 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2021 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 29 2021 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2021 23:58:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 30 2021 00:06:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14106382 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2021 23:58:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14114066 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2021 23:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14116593 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2021 23:58:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14106383 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 30 2021 00:06:44 | Ascension Capital Group, Ltd., PO Box 201347, Arlington, TX 76006-1347 |
| 14113870 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 00:06:52 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14106389 | | Email/Text: megan.harper@phila.gov | Jun 29 2021 23:58:00 | City of Philadelphia, Law Department-Bankruptcy |

Case 18-13199-elf   Doc 57   Filed 07/01/21   Entered 07/02/21 00:40:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14106390 | | Email/Text: megan.harper@phila.gov | Jun 29 2021 23:58:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14113869 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 00:06:43 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14106384 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 30 2021 00:06:52 | Capital One Auto Finance, PO Box 93016, Long Beach, CA 90809-3016 |
| 14106385 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 00:06:56 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14106386 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 00:06:46 | Citifinancial, PO Box 17099, Baltimore, MD 21297-0194 |
| 14106387 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 00:06:46 | Citifinancial Bankruptcy Department, PO Box 140489, Irving, TX 75014-0489 |
| 14106396 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 00:06:56 | Macys, P.O. Box 183083, Columbus, OH 43218-3083 |
| 14106392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2021 23:58:00 | Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 3256, Philadelphia, PA 19106 |
| 14106395 | | Email/PDF: gecsedi@recoverycorp.com | Jun 30 2021 00:06:43 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 14162817 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2021 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14106399 | + | Email/Text: blegal@phfa.org | Jun 29 2021 23:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14106398 | | Email/Text: blegal@phfa.org | Jun 29 2021 23:58:00 | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14165245 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2021 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14106400 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jun 30 2021 00:06:43 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 14113868 | * | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14113874 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14113875 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14113871 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14113873 | *+ | City of Philadelphia, Department of Finance, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14106394 | * | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0419 |
| 14113878 | * | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0419 |
| 14106393 | * | Department of Treasury, Internal Revenue Service, PO Box 12051, Philadelphia, PA 19105-2051 |
| 14113877 | * | Department of Treasury, Internal Revenue Service, PO Box 12051, Philadelphia, PA 19105-2051 |
| 14106391 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, |

|  |  |  |
|---|---|---|
|  |  | Philadelphia, PA 19106 |
| 14113876 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |
| 14121390 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14176465 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14113883 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14113882 | * | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL D. SAYLES | on behalf of Debtor William Gilyard midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM GILYARD | Chapter 13 |
| Debtor | Bankruptcy No. 18-13199-ELF |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: June 29, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Debtor:
WILLIAM GILYARD

7500 ELMWOOD AVENUE

PHILADELPHIA, PA 19153